**CIPRIANI & WERNER, P.C.**
Grant C. Wright, Esq. (Attorney ID# 020342008)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
856.761.3800
gwright@c-wlaw.com
*Attorneys for Defendants,*
*Safar Mamadov Shokir and ZNS Cargo, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUZANNE TAYLOR, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| SAFAR MAMADOV SHOKIR, and/or JOHN DOE 1-10 (fictitious individual) and/or ZNS CARGO, INC., and/or ABC CORP. 1-10 (fictitious entity) and/or XYZ CORP. 1-10 (fictitious entity), and/or DAVID MAYO and/or ROBERT ROE 1-10 (fictitious individual), j/s/a, | : **NOTICE OF REMOVAL AND COPIES OF ALL PLEADINGS** |
| Defendants. | : |

TO:    United States District Court
       District of New Jersey
       Mitchell H. Cohen Building
       and US. Courthouse
       4th and Cooper Streets
       Room 1050
       Camden, New Jersey 08101

1

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, Safar Mamadov Shokir and ZNS Cargo, Inc. (hereinafter jointly "Removing Defendants"); by and through their attorneys, Cipriani & Werner, P.C., submit this Notice of Removal from the Superior Court of New Jersey, Law Division, Gloucester County, to the United States District Court for the District of New Jersey. In support of this Notice, Removing Defendants state as follows:

### Nature of Action

1. This matter arises from an alleged motor vehicle accident that took place on the exit ramp from Interstate 295 northbound to Route 42 in Camden County, New Jersey, on or about May 3, 2019. See Plaintiff's Complaint, First Count, ¶ 1, attached hereto as **Exhibit A**.

2. Plaintiff, Suzanne Taylor, alleges that as a result of the accident she "suffered, and shall continue to suffer in the future, severe and painful bodily injuries, which injuries caused and shall continue to cause [P]laintiff great pain and suffering, incapacitated [sic] and shall continue to incapacitate [P]laintiff from her usual work and activities, necessitated and shall continue to necessitate Plaintiff receiving medical treatment, which caused and shall continue to cause economic damage…and which has caused Plaintiff permanent injury." See **Exhibit A**, First Count, ¶ 5.

3. Plaintiff's counsel has confirmed that treatment Plaintiff underwent for injuries she alleges she sustained in the purported accident include epidural spinal injections, medial branch block injections, radiofrequency ablation, and lumbar fusion.

4. No Answer has been filed in this matter as of the date of this Removal Petition. Pursuant to 28 U.S.C. § 1446(a) copies of the pleadings served upon Removing Defendants consist only of the Complaint, which is attached hereto as **Exhibit A**.

5. Plaintiff attempted to effect service on Moving Defendants. However, said service was deficient, and a Consent Order was entered on September 9, 2021 quashing Plaintiff's attempted service on Moving Defendants, with the requirement that Plaintiff make full and complete service on Moving Defendants as required by N.J.S.A. 39:7-2. See **Consent Order**, attached hereto as **Exhibit B**.

6. On September 27, 2021, Plaintiff's counsel filed with the Superior Court of Gloucester County affidavits from the Division of Motor Vehicles evincing that service was made pursuant to N.J.S.A. 39:7-2 on Defendant, ZNS Cargo, Inc. on or about September 10, 2021. See Affidavit of Service, attached hereto as **Exhibit C**.

7. As of the day of this filing, no proof of service by the Division of Motor Vehicles has been filed as to Defendant, Safar Mamadov Shokir.

**Timeliness of Removal**

8. As set forth above, service was made on Defendant, ZNS Cargo, Inc. on September 10, 2021. No proof of service has been filed as to Defendant, Safar Mamadov Shokir.

9. Pursuant to 28 U.S.C. § 1446(b), Removing Defendants have thirty (30) days from the date of service on the last defendant to file a petition for removal.

10. Thus, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

**Amount in Controversy**

11. Plaintiff alleges that she "suffered, and shall continue to suffer in the future, severe and painful bodily injuries, which injuries caused and shall continue to cause [P]laintiff great pain and suffering, incapacitated [sic] and shall continue to incapacitate [P]laintiff from her usual work and activities, necessitated and shall continue to necessitate Plaintiff receiving

3

medical treatment, which caused and shall continue to cause economic damage…and which has caused Plaintiff permanent injury." See **Exhibit A**, First Count, ¶ 5.

12. Plaintiff's treatment includes multiple injections, radiofrequency ablation, and an invasive spinal fusion.

13. Based upon the foregoing, and upon the information and belief that Plaintiff continues to receive treatment and will be seeking remuneration for medical expenses and lost wages, as well as monetary relief for her pain and suffering, the amount in controversy exceeds the sum or value of $75,000, and this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332.

### Diversity of Citizenship

14. Plaintiffs' Complaint alleges she is a resident of Gloucester County, New Jersey. See **Exhibit A**.

15. Upon information and belief, at all times relevant to this litigation Plaintiff has resided, domiciled, and made her fixed and permanent home, and place of habitation, at 105 Adams Avenue, Mantua, Gloucester County, New Jersey.

16. Thus, upon information and belief, including information provided by Plaintiff in her Complaint, Plaintiff is a citizen of the State of New Jersey. See **Exhibit A**.

17. Defendant, Safar Mamadov Shokir, is a citizen of the State of New York. At all times relevant to this litigation he has resided, domiciled, and made his fixed and permanent home, and place of habitation, at 1601 65th Street, Apartment 10, Brooklyn, Kings County, New York.

18. Defendant, ZNS Cargo, Inc., is a corporation incorporated in, and domestic to, the State of Illinois. It maintains a principal place of business at 10805 Cook Avenue, Oaklawn, Illinois.

19. Defendant, David Mayo, upon information and belief, is a resident of the State of Maryland. At all times relevant to this litigation he has resided, domiciled, and made his fixed and permanent home, and place of habitation, at 589 Union Church Road, Elkton, Maryland.

20. No defendant in this litigation shares citizenship with Plaintiff. Thus, diversity of citizenship is satisfied.

### Plea for Removal

21. Insofar as the amount in controversy is alleged to exceed $75,000 and full diversity exists, removal to this Court is proper pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a). Written notice of this removal petition is being made simultaneously to all parties and to the Clerk of the New Jersey Superior Court, Gloucester County, that this Notice of Removal is being filed with this Court.

**WHEREFORE**, Defendants, Safar Mamadov Shokir and ZNS Cargo, Inc., hereby file this Notice of Removal requesting that the entire state court action bearing Docket No. GLO-L-417-21, now pending in the New Jersey Superior Court, Law Division, Gloucester County, be removed to this Court for all further proceedings.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

September 28, 2021

By: /s/ *Grant C. Wright*
GRANT C. WRIGHT, ESQ.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUZANNE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>SAFAR MAMADOV SHOKIR, and/or JOHN DOE 1-10 (fictitious individual) and/or ZNS CARGO, INC., and/or ABC CORP. 1-10 (fictitious entity) and/or XYZ CORP. 1-10 (fictitious entity), and/or DAVID MAYO and/or ROBERT ROE 1-10 (fictitious individual), j/s/a,<br><br>Defendants. | Civil Action No.:<br><br>**CERTIFICATION OF SERVICE** |

I, Grant C. Wright, hereby certify that a true and correct copy of the foregoing Notice of Removal and supporting documents, were served via electronic filing and regular mail on this 28th day of September 2021 upon the following:

Michael W. Glaze, Esq.
HOFFMAN DIMUZIO
25-35 Hunter Street
P.O. Box 7
Woodbury, NJ 08096

By: /s/*Grant C. Wright*
 Grant C. Wright

6